No. 78–1508. RUDDER ET AL. *v.* WISE COUNTY HOUSING AND REDEVELOPMENT AUTHORITY. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 78–1401. CITY OF MIAMI *v.* ST. JOE PAPER CO. ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 78–1405. THIES *v.* JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS. Appeal from Ct. App. N. Y. Motion of New York County Lawyers Assn. for leave to file a brief as *amicus curiae* granted. Appeal dismissed for want of substantial federal question. MR. JUSTICE BRENNAN and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.

No. 78–5441. ROBINSON, A MINOR, BY COE *v.* KOLSTAD ET AL. Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 78–1194. REEVES, INC. *v.* KELLEY ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hughes* v. *Oklahoma, ante,* p. 322.

No. 78–1375. UNITED STATES *v.* SANTORA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dalia* v. *United States, ante,* p. 238.